IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LATINA MARIE BENARD,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 07-0237-CG-B |
| | ) |
| **THE GREATER MOBILE-** | ) |
| **WASHINGTON COUNTY MENTAL** | ) |
| **HEALTH - MENTAL RETARDATION** | ) |
| **BOARD, INC.,** | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the court's order granting the defendant's motions for summary judgment entered on April 30, 2008 (Doc. 65), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, The Greater Mobile-Washington County Mental Health-Mental Retardation Board, Inc., as to Counts One, Four, Five, and a portion of Count Three of the plaintiff's complaint, and against the plaintiff, Latina Marie Benard, and Counts One, Four, Five and a portion of Count Three of plaintiff's claims against The Greater Mobile-Washington County Mental Health-Mental Retardation Board, Inc. are here **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this the 5th day of June, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE